NEALY *v.* MOUNT, sheriff.

BELL, Presiding Justice. This case is controlled by the decision in *King v. Mount, ante.* *Judgment affirmed. All the Justices concur.*

No. 14538. JUNE 12, 1943. REHEARING DENIED JULY 13, 1943.